No. 24, Misc.  KOALSKA *v.* SWENSON, WARDEN.  Supreme Court of Minnesota.  Certiorari denied.

No. 25, Misc.  TINGLEY *v.* McDOWELL, SHERIFF. Court of Appeals of Alabama.  Certiorari denied.  *G. Ernest Jones, Jr.* and *G. Ernest Jones, Sr.* for petitioner.

No. 26, Misc.  HALL *v.* SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 29, Misc.  DeWOLF *v.* WATERS, WARDEN.  C. A. 10th Cir.  Certiorari denied.  *C. A. Summers* for petitioner.

No. 30, Misc.  KALAN *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 31, Misc.  HOBSON *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 32, Misc.  WEST *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 33, Misc.  DAVIS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 34, Misc.  SWEENEY *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  Petitioner *pro se.*  *John J. O'Brien* for respondent.

No. 35, Misc.  TILGHMAN *v.* FLORIDA.  Supreme Court of Florida.  Certiorari denied.